# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE BOYER,<br>      Plaintiff,<br><br>      v.<br><br>THE CITY OF PHILADELPHIA,<br>COMMISSIONER CHARLES RAMSEY,<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO. 13-6495 |

## O R D E R

**AND NOW**, this 7th day of August, 2019, upon consideration of Defendants City of Philadelphia and Charles Ramsey's Renewed Motion for Summary Judgment (Document No. 152, filed April 18, 2019), plaintiff having failed to respond to defendants' Renewed Motion, for the reasons stated in the accompanying Memorandum dated August 7, 2019, **IT IS ORDERED** that Defendants City of Philadelphia and Charles Ramsey's Renewed Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of defendants, the City of Philadelphia and Commissioner Charles Ramsey, and **AGAINST** plaintiff, Andre Boyer.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.